IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 7:25-cv-01267-M

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GATOR STRONG, LLC AND GATOR STRONG NC, LLC,<br><br>Defendants. | **NOTICE OF APPEARANCE** |

COMES NOW the undersigned attorney, Alexandra C. Williams, of the law firm of Cranfill Sumner LLP, and gives notice of appearance as counsel of record for Defendants, Gator Strong, LLC and Gator Strong NC, LLC, in the above-captioned case.

This, the 9th day of February, 2026.

CRANFILL SUMNER LLP

By: /s/ Alexandra C. Williams
ALEXANDRA C. WILLIAMS
N.C. State Bar No. 60709
S.C. State Bar No. 105761
5535 Currituck Drive, Suite 210
Wilmington, NC 28403
Telephone: (910) 777-6000
Facsimile: (910) 777-6111
E-mail: awilliams@cshlaw.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send a copy to all counsel as follows:

Nicholas Wolfmeyer
Equal Employment Opportunity Commission
129 West Trade Street, Suite 400
Charlotte, NC 28202
Nicholas.wolfmeyer@eeoc.gov
*Attorney for Plaintiff*

Joshua T. Kadel
Equal Employment Opportunity Commission
400 N. 8th Street, Suite 350
Richmond, VA 23219
joshua.kadel@eeoc.gov
*Attorney for Plaintiff*

B. Danforth Morton
Ennis, Baynard, Morton, Medlin, & Brown, PLLC
105 Burke Avenue, Suite E
Wilmington, NC 28403
dmorton@ennis-baynard.com
*Attorney for Plaintiff-Intervenor*

This, the 9th day of February, 2026.

CRANFILL SUMNER LLP

By: /s/ Alexandra C. Williams
ALEXANDRA C. WILLIAMS
N.C. State Bar No. 60709
S.C. State Bar No. 105761
5535 Currituck Drive, Suite 210
Wilmington, NC 28403
Telephone: (910) 777-6000
Facsimile: (910) 777-6111
E-mail: awilliams@cshlaw.com
*Attorney for Defendant*