**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**GATOR STRONG, LLC AND GATOR STRONG NC, LLC**<br><br>**Defendants.** | ) | **CIVIL ACTION NO.: 7:25-CV-01267** |

**NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF**

Pursuant to Eastern District of North Carolina Local Rule 5.2(d), Plaintiff U.S. Equal Employment Opportunity Commission (the "EEOC") hereby provides notice to the Court that Trial Attorney Nicholas Wolfmeyer is no longer associated with this case and is withdrawn as counsel for the EEOC. Undersigned counsel remains counsel of record for the EEOC.

Respectfully submitted, this the 15th day of April, 2026.

***/s/ Joshua Kadel***
Joshua Kadel
Trial Attorney
Virginia Bar No. 89308
EEOC, Richmond Local Office
400 N. 8th Street, Suite 350
Richmond, VA 23219
Telephone: (804) 362-6924
Facsimile: (704) 954-6412
Email: joshua.kadel@eeoc.gov

Attorney for Plaintiff