**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **GATOR STRONG, LLC AND GATOR STRONG NC, LLC** <br><br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **CIVIL ACTION NO.: 7:25-cv-01267-BO-KS** |

**<u>NOTICE OF APPEARANCE</u>**

PLEASE TAKE NOTICE that Amy E. Garber enters her appearance as counsel representing Plaintiff Equal Employment Opportunity Commission in this matter.

Respectfully submitted, this the 21st day of April, 2026.

**<u>/s/ Amy E. Garber</u>**
AMY E. GARBER
(Va. Bar No. 37336)
Trial Attorney
Equal Employment
Opportunity Commission
Norfolk Local Office
200 Granby St., Suite 739
Norfolk, VA 23510
Amy.garber@eeoc.gov
Phone: (757) 600-4726
Fax: (757) 954-6412

Attorney for Plaintiff